because they're going to do something after the notice has gone out. The notice has gone out and so you're a current subscriber. You get the notice. You haven't terminated yet so you're not going to claim from the claim fund for the payment for playing the flat rate ETF. So you're in the donut hole. And we tried to address those folks showing adequacy of representation. We had a specific category in the settlement agreement to address those people. And why, if they're going to be treated just like everybody else, did they need their own category? Because the problem would be, number one, you have a notice period, right? You have a claim period. So people are going to be claiming against the fund. You're not going to keep the claim period open forever. But there are going to be current subscribers who the claim on that cash part of the fund, their time to claim may have passed, right? But they need to get some relief. So we created a category for claimants whose claim arises after notice to the class but before January 1, 2011. So it's the donut hole. And that's what category 4. And what's the relief they get? How does it differ from the other folks? It's not the cash relief, but for the folks that terminated, that paid the flat rate ETF, it's the, they would get either a prepaid calling card, they would get a waiver of an activation fee, bonus minutes, and text messages. So if they are treated differently, is it fair or unfair to say somebody who represented them and had an interest in pushing for something better than a prepaid phone card should have been at the table? Well, Your Honor, what I would say about that is, is that there was not, as far as I can tell, a challenge to say that this result was unfair. In other words, Mr. Bursar's argument is just you didn't have anybody there, but he doesn't say if you had somebody there, I would have gotten better than what you got. So the idea that these class representatives didn't have an incentive and weren't working for people in the donut hole is inaccurate. Why? Because they have, they've... You think if they don't get cash... Just the point being that there is a category for them in the settlement agreement. Now, I just want to make this clear on the timing of WEIR. WEIR is the only competent evidence. The chart, you know, is from his brief. WEIR was the competent evidence. It was October 19th. That's 12 days after the deadline. So it's not a factual record that the judge could say, okay, I got Rice here. I got WEIR here. How do I make them meet? Thank you very much, Counselor. We'll just give it about five minutes, hopefully again, and then we'll be more comfortable to break and we'll do the last case. Also, can we get a transcript of this last case and if you can check with Mr. Mussini and work out the case?